IN THE UNITED STATES BANKRUPTCY COURT
FOR THE WESTERN DISTRICT OF TEXAS
WACO DIVISION

| | | |
|---|---|---|
| IN RE: | § | CASE NO. 18-60517 |
| | § | |
| SEON JOHN ANTHONY JEROME | § | |
| AND CHRISDEE NICOLE JEROME | § | |
| | § | |
| DEBTORS | § | CHAPTER 13 |

## AMENDED MATRIX

Please add the following creditors to the matrix:

1. Capital One
   P.O. Box 85617
   Richmond, VA 23276-0001

2. Cottonwood Financial Texas, LLC
   d/b/a The Cash Store
   1901 Gateway Drive, Suite 200
   Irving, TX 75038

3. Navient
   Attn: Correspondence
   P.O. Box 9500
   Wilkes-Barre, PA 18773-9500

Respectfully submitted,

/s/ Erin B. Shank

Erin B. Shank
Texas State Bar Number 01572900
ERIN B. SHANK, P.C.
1902 Austin Avenue
Waco, TX 76701
PHONE (254) 296-1161
FAX (254) 296-1165

ATTORNEY FOR THE DEBTORS