# UNITED STATES BANKRUPTCY COURT
# WESTERN DISTRICT OF TEXAS
# WACO DIVISION

| | | |
|---|---|---|
| IN RE: | § § | CASE NO. 18-60517-RBK |
| Seon and Chrisdee Jerome | § § | CHAPTER 13 |
| DEBTORs. | § § | |

## UNITED STATES OF AMERICA'S (AAFES) RESPONSE TO DEBTOR'S OBJECTION TO CLAIM NO. 13 OF THE ARMY AIR FORCE EXCHANGE SERVICE

Comes now the United States of America, on behalf of the Army Air Force Exchange Service, by and through the United States Attorney for the Western District of Texas, and hereby files this response to Debtor's objection to the claim filed by the Army Air Force Exchange and asserts the following:

1. Admit.

2. Admit.

3. Admit the first sentence, regarding the second sentence, if the debtors are alleging that the debt on the proof of claim was discharged in the prior bankruptcy, the United States Denies. The United States asserts that the debt on the proof of claim was incurred after the prior case and therefore was not discharged. Therefore, the debtors' objection should be denied.

Respectfully submitted,

JOHN F BASH
UNITED STATES ATTORNEY

By:  /s/  *Steven B. Bass*
STEVEN B. BASS
Assistant United States Attorney
816 Congress Avenue, Suite 1000
Austin, Texas 78701
(512) 916-5858/Fax (512) 916-5854

Florida State Bar No. 767300
Steven.Bass@usdoj.gov
Counsel for United States of America, IRS

## CERTIFICATE OF SERVICE

I hereby certify that a copy of the foregoing "**UNITED STATES OF AMERICA'S (AAFES) RESPONSE TO DEBTOR'S OBJECTION TO CLAIM NO. 13 OF THE ARMY AIR FORCE EXCHANGE SERVICE** has been served by either CM/ECF electronic mail noticing or First Class Mail, on October 2, 2018, to the following:

**Seon John Anthony Jerome**
Chrisdee Nicole Jerome
3807 Kevin Shaw Dr
Killeen, TX 76549

Erin B. Shank, P.C.
1902 Austin Avenue
Waco, TX 76701
shankcourtnoticesonly@gmail.com

Ray   Hendren
3410 Far West Blvd., Ste. 200
Austin, TX 78731
*Via Court's electronic mail notification*
courtmail@rayhendren13.com
courtmailbackup@rayhendren13.com

    /s/   Steven B. Bass
STEVEN B. BASS
Assistant United States Attorney