The relief described hereinbelow is SO ORDERED.

Signed November 14, 2018.



_____
**Ronald B. King**
~~Chief~~ **Chief United States Bankruptcy Judge**

## IN THE UNITED STATES BANKRUPTCY COURT
### FOR THE WESTERN DISTRICT OF TEXAS
### WACO DIVISION

| | | |
|---|---|---|
| **IN RE:** | § | |
| | § | |
| **SEON JOHN ANTHONY JEROME &** | § | **CASE NO. 18-60517-RBK** |
| **CHRISDEE NICOLE JEROME** | § | |
| | § | **CHAPTER 13** |
| **DEBTORS** | § | |
| | § | |

### ORDER DISMISSING MOTION AS MOOT

On November 14, 2018, came on to be considered the Debtors' *Objection to Claim #13 of the Army Air Force Exchange Service* (ECF No. 20), and it appears to the Court that the Motion should be dismissed as moot.

It is, therefore, **ORDERED, ADJUDGED, AND DECREED** that the above-referenced *Motion* is hereby **DISMISSED AS MOOT**.

# # #